# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2021-3641
_____

MONTERICE M. KENON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

**CORRECTED PAGES: 1**
**CORRECTION IS UNDERLINED IN RED:**
**Date Added**
**MAILED: May 20, 2024**

_____

On appeal from the Circuit Court for Gadsden County.
Robert R. Wheeler, Judge.

May 20, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.